IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Keith Gunnell,

    Plaintiff(s),

vs.

Jeffrey Richardson, et al.,

    Defendant(s).

Case Number: 1:14cv236

Chief Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 30, 2014 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 19, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's claims against defendants Morgan, Cool, Mahlman, Croft, Smith, Brown, Bush, and Rider are **DISMISSED.**

IT IS SO ORDERED.

                                                        s/Susan J. Dlott
                                                       Chief Judge Susan J. Dlott
                                                       United States District Court