IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Keith Gunnell,  :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff(s),　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:  Case Number: 1:14cv236
　　vs.　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　:  Judge Susan J. Dlott
Jeffrey Richardson,　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　Defendant(s).　　　　　　　　　　　　:

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 27, 2015 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 13, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is **DISMISSED** with prejudice for deliberately refusing to appear for his deposition and for failure to prosecute.  This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　___s/Susan J. Dlott_____
　　　　　　　　　　　　　　　　　　　　　　　　　Judge Susan J. Dlott
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court